## LLOYD G. MORGAN, JR. *v.* COMMISSIONER OF CORRECTION

The petitioner Lloyd G. Morgan, Jr.'s petition for certification for appeal from the Appellate Court, 113 Conn. App. 902 (AC 28166), is denied.

ZARELLA, J., did not participate in the consideration of or decision on this petition.

*Arthur L. Ledford,* special public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in opposition.

Decided May 6, 2009

## CATHERINE LEDERLE *v.* STEVAN SPIVEY

The defendant's petition for certification for appeal from the Appellate Court, 113 Conn. App. 177 (AC 28838), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Richard G. Kent,* in support of the petition.

*Gary I. Cohen,* in opposition.